# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SAVON R.D. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-110 |
| | ) | |
| SGT ROBINSON, | ) | |
| Officer Chatham County Detention | ) | |
| Center, Individual capacity, | ) | |
| SGT BRYANT, | ) | |
| Officer Chatham County Detention | ) | |
| Center, Individual capacity, | ) | |
| LT JOHNSON, | ) | |
| Officer Chatham County Detention | ) | |
| Center, Individual capacity, | ) | |
| CAPTAIN BLANTON, | ) | |
| Officer Chatham County Detention | ) | |
| Center, Individual capacity, and | ) | |
| SHERIFF WILCHER, | ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

Plaintiff recently filed two virtually identical cases which were mailed to the Court is a single envelope.[1] *Compare Thomas v. James, et al.*, CV421-109, doc. 1 (S.D. Ga. Apr. 13, 2021), *with* doc. 1. The Court

---

[1] The only difference between the cases of any significance is that *Thomas v. James, et al.*, CV421-109 (S.D. Ga. Apr. 13, 2021) names an additional six defendants.

directed plaintiff to show cause as to why this case should not be dismissed as redundant. Doc. 4. No response was filed and the Court's Order was returned as undeliverable. Doc. 6. As plaintiff has failed to comply with an Order of the Court and to provide his current mailing address, the Court **RECOMMENDS** that this case be **DISMISSED**.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L. Civ. R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. Jun. 10, 1992). Local rules require a litigant to keep the Court apprised of their current address. S.D. Ga. L.R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change."). Two of the Court's recent Orders have been returned as undeliverable because plaintiff is apparently no longer at the Georgia Diagnostic and Classification State Prison. Doc. 5; doc. 6. He has not provided the Court with notice of his transfer or release. His failure to keep the Court appraised of his current address is

a violation of this Court's Local Rules. *See* S.D. Ga. L. Civ. R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to appraise the Court of any address change."). Plaintiff has also failed to comply with the Court's show cause order. Doc. 4. Accordingly, the Court **RECOMMENDS** that the Complaint be **DISMISSED** for plaintiff's failure to comply with the local rules and the Court's Order.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of

rights on appeal.  11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 12th day of May, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA