IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAVON R.D. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>SGT ROBINSON, Officer Chatham County Detention Center, capacity; SGT BRYANT, Officer Chatham County Detention Center, Individual capacity; LT JOHNSON, Officer Chatham County Detention Center, Individual capacity; CAPTAIN BLANTON, Officer Chatham County Detention Center, Individual capacity; and SHERIFF WILCHER,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-110 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 21, 2021, Report and Recommendation, (doc. 7), to which no objection has been filed. As the plaintiff has failed to Comply with the Court's Order and Rules, the Court **ADOPTS** the Report and Recommendation as its opinion. This case is **DISMISSED,** and the Clerk of Court is **DIRECTED** to **CLOSE** this case. All pending motions are **DENIED** as moot.

**SO ORDERED**, this 2nd day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA